No. 4,756.—STATE ex rel. WARD HENDERSON et al., RELATORS, v. DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT, et al., RESPONDENTS.

Original application for Writ of Supervisory Control.

Decided November 18, 1920.

PER CURIAM.—The application of relators herein for writ of supervisory control is, after due consideration by the court, denied.

*Mr. M. M. Duncan,* for Relators.

---

No. 4,776.—STATE ex rel. LOUIS SCKAVON et al., RELATORS, v. DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT et al., RESPONDENTS.

Original application for Writ of Supervisory Control.

Decided December 27, 1920.

PER CURIAM.—The application of the relators herein for a writ of supervisory control heretofore presented is denied.

*Mr. Miles J. Cavanaugh,* for Relators.